October 6, 2016



# JUDGMENT

## 𝔗𝔥𝔢 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

BETZLER INVESTMENTS, INC., Appellant

NO. 14-15-00998-CV                    V.

LINDSTROM CLEANING AND CONSTRUCTION, INC., Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on September 2, 2015. Having considered the motion and found it meritorious, we order the appeal DISMISSED.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.